IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CECIL MARK BLACKWOOD,<br>JAMES WEBRE BLACKWOOD, JR.,<br>BRADFORD AMES WHITE, and<br>WILLIAM L. BLACKWOOD, | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 3:03-cv-691 |
| R. W. BLACKWOOD,<br>DONNA BLACKWOOD,<br>and RON BLACKWOOD, | ) | |
| Defendants | ) | |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendants' motion for summary judgment [Court File #18] is DENIED.

**E N T E R :**

                                        *s/ James H. Jarvis*
                                  UNITED STATES DISTRICT JUDGE